TAULAGA M., Plaintiff

v.

PATEA S., Defendant

High Court of American Samoa
Land and Titles Division

LT No. 38-86

June 30, 1987

Before KRUSE, Associate Justice, TAUANU'U, Chief
Associate Judge, and OLO, Associate Judge.

Counsel: For Plaintiff, Monike Failauga
 For Defendant, Asaua Fuimaona

Defendant Patea S moves to dismiss, or in the
alternative for summary judgment, in the above-
captioned matter. Defendant asserts, inter alia,
"res judicata", in that the subject matter of this
case concerns lands called "Laloulu" which had
already been the subject of litigation between the
parties in Patea S. v. Taulaga et al., No. 270-
1965, 4 A.S.R. 739 (1966).

The Court, after due consideration to the
arguments of Counsel, the pleadings, affidavits,
and other matters on file herein, as well as the
file in the prior 1966 matter, concludes as
follows:

That the lands "Laloulu" as more particularly
described in the 1966 case docketed No. 270-1965,
was adjudged in that case to be the communal
property of the Patea family of Vatia;

That judgment rendered in the said case was a
final and valid decision of this Court;

That the same communal families before the Court today were before this Court in 1966;

That the matter before the Court today is an attempt by plaintiff to relitigate the same issues before the Court in case No. 270-1965; and

That relitigation is precluded.

Accordingly it is Ordered:

1) Defendant's motion for summary judgment is granted and the above entitled matter is dismissed;

2) Defendant is awarded reasonable attorney fees against plaintiff in an amount to be approved by the Court upon verified application by Defendant.